## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:                              *

**IDEAL ELECTRICAL**                       **Case No. 09-01084**

**SUPPLY CORPORATION**               *

                              **(Chapter 11)**

         **Debtor**             *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF OPPORTUNITY TO OBJECT
### TO OBJECTION TO CLAIM OF LEVI FOSTER

Please take notice that by July 5, 2010, you must file and serve a written objection to the Objection to Claim of Levi Foster (the "Objection to Claim"), together with the proposed order required by Local Bankruptcy Rules 9072-1 and 3007-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001, and served (by delivery or mailing of a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

IF YOU FAIL TO FILE A TIMELY OBJECTION, THE OBJECTION TO

CLAIM MAY BE GRANTED BY THE COURT WITHOUT A HEARING.

The Court may grant the Objection to Claim without a hearing if the objection filed states inadequate grounds for denial.

Dated: June 4, 2010                    /s/Catherine K. Hopkin
                              Catherine K. Hopkin, Bar No. 976744
                               Tydings & Rosenberg LLP
                               100 East Pratt Street, 26th Floor
                               Baltimore, Maryland 21202
                               Telephone (410) 752-9715
                              chopkin@tydingslaw.com
                              *Attorneys for the Debtor*

#1298559v.1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that on the June 4, 2010, a copy of the foregoing Notice of

Opportunity to Object to Objection to Claim of Levi Foster was served either electronically or

mailed via first class mail, postage prepaid, to the parties listed on the attached matrix.


/s/Catherine K. Hopkin
Catherine K. Hopkin, Bar No. 976744
 Tydings & Rosenberg LLP
 100 East Pratt Street, 26th Floor
 Baltimore, Maryland 21202
 Telephone (410) 752-9715
chopkin@tydingslaw.com


*Attorneys for the Debtor*

Ideal Matrix                                Updated 6/4/10

**American Recovery Svc.**
**555 Charles Drive, Suite 100**
**Thousand Oaks, CA  91360**

**Colonial Electrical Supply Co.**
**P.O. Box 414564**
**Boston, MA 02241-4564**

**Elliott Industries, Inc.**
**1509 Hamilton Road**
**P.O. Box 6388**
**Bossier City, LA 71171**

**Electrical Cable Specialists**
**6680-C Jones Mill Court**
**Norcross, GA 30092**

**GE Lighting**
**2279 Collections Center Drive**
**Chicago, IL  60693**

**General Electric Co.**
**P.O. Box 402497**
**Atlanta, GA  30384**

**LittelFuse, Inc.**
**12858 Collection Center Drive**
**Chicago, IL 60693**

**Makita USA, Inc.**
**P.O. Box 60459**
**Los Angeles, CA  90060**

**Philips Lighting Company**
**P.O. Box 100194**
**Atlanta, GA  30384-0194**

**Republic Wire, Inc.**
**P.O. Box 633404**
**Cincinnati, OH  45263**

**V. Vyllorya A. Evans**
**732 3rd Street, SW**
**Washington, DC  20024**

**Vanton Pump**
**201 Sweetland Avenue**
**Hillside, NJ  07025**

**Virginia Dept. of Taxation**
**P.O. Box 26626**
**Richmond, VA  26626**

**WO Grubb Steel Erection Corp.**
**5120 Jefferson Davis Hwy.**
**Richmond, VA  23234**

**Wash. Dvlpmt. Ind. Council**
**218 D Street, SE**
**Washington, DC  20003**

**Robert M. Moore**
**Kristen A. Bennett**
**Moore & Lee LLP**
**1650 Tysons Boulevard**
**Suite 1650**

**Richard Costella, Esquire,**
**Miles & Stockbridge P.C.**
**10 Light Street**
**Baltimore, Maryland 21202**

**Office of the US Trustee**
**115 South Union Street**
** Suite 210,**
**Alexandria, Virginia 22314**

**James M. Greenan, Esquire**
**MCNAMEE HOSEA**
**6411 Ivy Lane, Suite 200**
**Greenbelt, Maryland 20770**

**M. Ruthie Hagan**
**88 Union Ave., Suite 700**
**Memphis, TN  38103**

**Brian W. Craver, Esq.**
**Person & Craver LLP**
**1801 K Street, NW**
**Washington, DC  20006**

**American Express Travel Services**
**c/o Gilbert B. Weisman, Esquire**
**Becket & Lee LLP**
**P.O. Box 3001**
**Malvern, PA  19355 0701**

**Traffic Systems & Technology**
**7853 Coppermine Drive**
**Manassas, VA 20109**

**Osburn Associates, Inc.**
**P.O. Box 912**
**Logan, OH 43138**

**General Electric Co. – Light**
**2279 Collection Ctr.**
**P.O. Box 402497**
**Chicago, IL 60693**

**Dell Marketing**
**P.O. Box 676021**
**Dallas, TX 75267**

**DLY Realty Group, LLC**
**P.O. Box 70683**
**Bethesda, MD 20813**